IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TINA M JESSUP,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00149-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Report and Recommendation, Doc. 18, regarding the Complaint filed by Tina M. Jessup, Doc. 1. The Magistrate Judge has recommended that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be affirmed. No party has objected, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED and incorporated herein.

2.     The decision of the Commissioner denying benefits is AFFIRMED.

    **DONE AND ORDERED** this __3rd__ day of March, 2010

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge